

# NUMBER 13-26-00559-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DR ENERGY, INC., A TEXAS
FOR-PROFIT CORPORATION,                                    Appellant,

v.

CIRCLE X LAND & CATTLE CO., LTD.,
A TEXAS LIMITED PARTNERSHIP,                               Appellee.

## ON APPEAL FROM THE 82ND DISTRICT COURT
## OF ROBERTSON COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Peña, West, and Fonseca**
**Memorandum Opinion by Justice Peña**

Appellant, DR Energy, Inc., a Texas For-Profit Corporation, has filed an unopposed

partial motion to dismiss its appeal. It appears appellant DR Energy, Inc., a Texas For-

Profit Corporation no longer wishes to pursue its appeal.[1] Appellant DR Energy, Inc., a Texas For-Profit Corporation asserts that RN Ranch, LLC will not be affected by the requested dismissal. More than ten days have elapsed since DR Energy, Inc., a Texas For-Profit Corporation filed its motion to dismiss, both appellants are represented by the same counsel, and no response has been filed by any other party to this appeal.

DR Energy, Inc., a Texas For-Profit Corporation's motion to dismiss its appeal against appellee is hereby granted and its appeal is dismissed. Costs are taxed against appellant. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

L. ARON PEÑA JR.
Justice

Delivered and filed on the
30th day of July, 2026.

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket-equalization order issued by the Supreme Court of Texas. *See* Tex Gov't Code §§ 22.220(a), 73.001.